**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher N Bravo, | No. CV-19-05257-PHX-ROS (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Unknown Igwe, et al., | |
| Defendants. | |

On September 3, 2020, Magistrate Judge Eileen S. Willett issued a Report and Recommendation ("R&R") recommending Plaintiff Christopher N Bravo's Complaint as to Defendant Delgado be dismissed without prejudice for failure to timely serve pursuant to Fed. R. Civ. P. 4(m). Plaintiff's objections to the R&R were due on September 21, 2020. Plaintiff did not file any objections. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 23) is **ADOPTED IN FULL**. This matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Michael Delgado only for failure to serve pursuant to Fed. R. Civ. P. 4(m).

Dated this 22nd day of September, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge